IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-CR-280-WM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      HOMAIDAN AL-TURKI,

      Defendant.

---

**MOTION FOR LEAVE TO FILE
"DEFENDANT HOMAIDAN AL-TURKI'S SUPPLEMENT TO MOTIONS TO
SUPPRESS EVIDENCE OBTAINED FROM HIS RESIDENCE AND
BUSINESSES, *AND* MOTION FOR FRANKS HEARING"**

---

      Defendant Homaidan Al-Turki, by and through his undersigned attorneys, respectfully moves for leave to file a supplement to his motions to suppress (Docs. 88 and 89), and a motion for a Franks hearing.  As ground therefore, Mr. Al-Turki states as follows:

      1.      On September 30, 2005, Mr. Al-Turki filed two motions to suppress evidence obtained from a search of his residence and business offices.  (Docs. 88 and 89).

      2.      A hearing on these motions is set for April 27 and 28, 2006.

      3.      In preparing for this hearing, defense counsel became concerned that their motions may not explicitly state all the grounds intended, and therefore seek to supplement the motions to make clear the issues to be covered at the hearing. Thus, Mr. Al-Turki requests permission to supplement his suppression

motions to delineate those issues.

4. In addition, while it is not clear to defense counsel that the issue of a <u>Franks</u>[1] hearing is ripe until the Court has conducted a review of the documents regarding Mr. Resheid and received a report from the government on the other "315" materials, Mr. Al-Turki wishes to inform the Court and the government that he intends to seek a <u>Franks</u> hearing on SA Riebau's affidavit in support of all three warrants in this case. This issue is being raised at this time so that it may be addressed at the April 27 and 28 hearings to the extent the Court deems proper.

5. A copy of the proposed supplement and motion is attached.

6. Pursuant to Local Rule 7.1, undersigned counsel have discussed this motion with AUSA Brenda Taylor. Ms. Taylor objects to the supplement and motion.

Respectfully submitted this 20th day of April, 2006.

s/Marci A. Gilligan

John M. Richilano
Marci A. Gilligan
Richilano & Gilligan P.C
633 17th Street, Ste. 1700
Denver, CO 80202
(303) 893-8000

Daniel N. Recht
Recht & Kornfeld, P.C.
1600 Stout Street, Suite 1000
Denver, CO 80202
(303)573-1900

Attorneys for Defendant Homaidan Al-Turki

---

[1] <u>Franks v. Delaware</u>, 438 U.S. 154 (1978).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2006, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE "DEFENDANT HOMAIDAN AL-TURKI'S SUPPLEMENT TO MOTIONS TO SUPPRESS EVIDENCE OBTAINED FROM HIS RESIDENCE AND BUSINESSES,** *AND* **MOTION FOR FRANKS HEARING"** via the USDC CM/ECF system on the following:

Brenda K. Taylor   Forrest W. Lewis
Assistant United States Attorney   Jennifer Gedde
1225 17th Street, Suite 700   1600 Broadway, Suite 1525
Denver, CO 80202   Denver, CO 80202


s/Gwenn E. Miller
_____
Gwenn E. Miller

3