IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00280-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HOMAIDAN AL-TURKI,

    Defendant.

_____

**ORDER DISMISSING INDICTMENT**
_____

    This matter is before me on the Government's Motion to Dismiss.  Defendant responded expressing concern regarding items seized pursuant to search warrants and the government filed its reply, together with a tendered order.  Defendant took no position on the tendered order which appears to address defendant's concerns.  I am sufficiently advised by the parties' pleadings.  It is therefore ordered:

    1.  The indictment against Homaidan Al-Turki is dismissed;

    2.  Pursuant to the agreement of the parties, all items seized from the defendant's residence at 2035 S. Juliet Court, Aurora, Colorado 80014 and Al Basheer Publications and Translations business locations at 10515 E. 40th Ave., Denver, Colorado, and 10986 E. Bethany Drive, Aurora, Colorado, shall be returned to defendant through counsel; and

3.  Upon dismissal, $281.55 seized from US Bank, $19,476.72 seized from TCF Bank, and $4,566.64 seized from Wells Fargo Bank, and made subject to possible forfeiture pursuant to Count 4 of the Indictment, shall be returned to the defendant through counsel.

DATED at Denver, Colorado, on October 20, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge